IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHEILA BRADSHAW                                                                PLAINTIFF

      v.                              CIVIL NO. 09-5102

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                 DEFENDANT

**AMENDED AND SUBSTITUTED ORDER**

On this 23rd day of March 2011, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February 7, 2011, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2786.96.

      IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                          HONORABLE JIMM LARRY HENDREN
                                          CHIEF UNITED STATES DISTRICT JUDGE